**DISMISS and Opinion Filed July 17, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00767-CV**

**NING WANG, Appellant**
**V.**
**YONG JUN SHEN, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-01902-2023**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

On June 26, 2024, we sent a letter to the parties questioning our jurisdiction over this appeal because it appears the appeal is moot. We directed appellant to file a letter brief addressing our jurisdictional concern no later than July 5, 2024. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. To date, appellant has not filed a letter brief nor further corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230767F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

NING WANG, Appellant

No. 05-23-00767-CV          V.

YONG JUN SHEN, Appellee

On Appeal from the County Court at Law No. 6, Collin County, Texas
Trial Court Cause No. 006-01902-2023.
Opinion delivered by Chief Justice Burns. Justices Molberg and Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered July 17, 2024